THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| XINLU FAN, LIANG'E FAN, SHAOCHUN FU, JIANHUA GU, FENYING LI, MINGXIA LI, YONGNIAN SHI, CHENLIN WANG, SHUWEN WU, HAIJUN ZHOU, and XIAOFANG ZHOU, <br><br>Plaintiffs, <br><br>v. <br><br>U.S. BANK NATIONAL ASSOCIATION; QUARTZBURG GOLD, LP; ISR CAPITAL, LLC; IDAHO STATE REGIONAL CENTER, LLC; and SIMA MUROFF, <br><br>Defendants. | NO. 2:19-cv-01545-RSM <br><br>**STIPULATION AND ORDER REGARDING CLASS CERTIFICATION DEADLINES** |
| U.S. BANK NATIONAL ASSOCIATION, <br><br>Crossclaimant, <br><br>v. <br><br>QUARTZBURG GOLD, LP; and IDAHO STATE REGIONAL CENTER, LLC, <br><br>Crossclaim Defendants. | |

STIPULATION AND ORDER RE:
CLASS CERTIFICATION DEADLINES
2:19-cv-01545-RSM

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

Plaintiffs and Defendants identified below, who are all parties who have appeared in this action, by and through their undersigned counsel, hereby stipulate and agree that the deadline for the Motion to Certify Class, currently scheduled for July 17, 2020, should be continued until August 14, 2020; that the deadline for any Opposition to Motion to Certify Class, currently scheduled for August 14, 2020, should be continued until September 11, 2020; and that the deadline for any Reply in Support of Motion to Certify Class, currently scheduled for September 11, 2020, should be continued until October 9, 2020. These stipulated and agreed deadlines would amend the existing deadlines ordered by this Court pursuant to the parties' prior Stipulation and Order Regarding Class Deadlines (Dkt. #42) ("First Stipulation").

As previously explained in the parties' First Stipulation, Defendant U.S. Bank National Association has noticed the deposition of the putative class representative and has agreed to take the deposition remotely, over videoconference. However, Plaintiffs' counsel has represented that the putative class representative cannot be deposed in China, even remotely, because depositions in China are illegal, and has further represented that the putative class representative is currently prohibited from traveling to another location for the deposition at this time due to travel and other restrictions resulting from the global COVID-19 pandemic. Plaintiffs' counsel has represented that the restrictions that were in place as of the filing of the parties' First Stipulation remain in place as of this filing. The parties agree that there is good cause for this request because U.S. Bank believes it is entitled to take the deposition of the putative class representative before class certification is briefed but the putative class representative remains unavailable to be deposed at this time. This Stipulation is without waiver of any party's right to seek further extensions or other relief.

For these reasons, the parties hereto stipulate and agree to, and respectfully and jointly request entry of, the Order set forth below.

STIPULATION AND ORDER RE:
CLASS CERTIFICATION DEADLINES    1
2:19-cv-01545-RSM

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

Respectfully submitted this 10th day of July, 2020.

*/s/ Shawn Larsen-Bright*
Jeremy Larson, WSBA #22125
Shawn Larsen-Bright, WSBA #37066
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
(206) 903-8800
larson.jake@dorsey.com
larsen.bright.shawn@dorsey.com

**Attorneys for U.S. Bank National Association**

*/s/ Jihee Ahn*
John F. Rapp, WSBA #17286
Daniel P. Harris, WSBA #16778
Jihee Ahn, WSBA #16778
John McDonald *admitted pro hac vice*
Harris Bricken
600 Stewart Street, Suite 1200
Seattle, WA 98101
Tel: 206-224-5657
Fax: 206-224-5659
john.rapp@harrisbricken.com
dan@harrisbricken.com
jihee@harrisbricken.com
john.mcdonald@harrisbricken.com

**Attorneys for Plaintiffs Xinlu Fan, et al.**

*/s/ Sean Prosser*
Sean T. Prosser, *admitted pro hac vice*
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo
3580 Carmel Mountain Road, Suite 300
San Diego, CA  92130
STProsser@mintz.com

Roger D. Mellem, WSBA #14917
Adam Doupe, WSBA #55483
Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, Washington  98101-3034
mellem@ryanlaw.com
doupe@ryanlaw.com

**Attorneys for Defendants Quartzburg Gold, LP, ISR Capital LLC and Idaho State Regional Center, LLC**

STIPULATION AND ORDER RE:
CLASS CERTIFICATION DEADLINES     2
2:19-cv-01545-RSM

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

**ORDER**

Based upon the foregoing Stipulation, and for good cause shown, it is hereby ORDERED that the deadline for any Motion to Certify Class is hereby continued to August 14, 2020; that the deadline for any Opposition to Motion to Certify Class is hereby continued to September 11, 2020; and that the deadline for any Reply in Support of Motion to Certify Class is hereby continued to October 9, 2020.

IT IS SO ORDERED this 14th day of July, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE:
CLASS CERTIFICATION DEADLINES   3
2:19-cv-01545-RSM

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused to be served the foregoing on the following counsel of record by the method indicated:

John F. Rapp, WSBA #17286  ☐ Via Messenger
Daniel P. Harris, WSBA #16778  ☐ Via Facsimile
Jihee Ahn, WSBA #16778  ☐ Via U.S. Mail
John McDonald  *admitted pro hac vice*  ☐ Via Electronic Mail (*per agreement*)
Harris Bricken  ☒ Via ECF Notification
600 Stewart Street, Suite 1200
Seattle, WA 98101
Tel: 206-224-5657
Fax: 206-224-5659
john.rapp@harrisbricken.com
dan@harrisbricken.com
jihee@harrisbricken.com
john.mcdonald@harrisbricken.com

***Attorneys for Plaintiffs Xinlu Fan, et al***

Roger D. Mellem, WSBA #14917  ☐ Via Messenger
Adam Doupe, WSBA #55483  ☐ Via Facsimile
Ryan, Swanson & Cleveland, PLLC  ☐ Via U.S. Mail
1201 Third Avenue, Suite 3400  ☐ Via Electronic Mail (*per agreement*)
Seattle, Washington  98101-3034  ☒ Via ECF Notification
mellem@ryanlaw.com
doupe@ryanlaw.com
    and
Sean T. Prosser, *admitted pro hac vice*  ☐ Via Messenger
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo  ☐ Via Facsimile
3580 Carmel Mountain Road, Suite 300  ☐ Via U.S. Mail
San Diego, CA  92130  ☐ Via Electronic Mail (*per agreement*)
STProsser@mintz.com  ☒ Via ECF Notification

***Attorneys for Defendants Quartzburg Gold, LP, ISR Capital LLC and Idaho State Regional Center, LLC***

DATED this 10th day of July, 2020.

*/s/ Molly Price*
Molly Price, Legal Assistant

STIPULATION AND ORDER RE:
CLASS CERTIFICATION DEADLINES    4
2:19-cv-01545-RSM

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820