THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| XINLU FAN, LIANG'E FAN, SHAOCHUN FU, JIANHUA GU, FENYING LI, MINGXIA LI, YONGNIAN SHI, CHENLIN WANG, SHUWEN WU, HAIJUN ZHOU, and XIAOFANG ZHOU,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION; QUARTZBURG GOLD, LP; ISR CAPITAL, LLC; IDAHO STATE REGIONAL CENTER, LLC; and SIMA MUROFF,<br><br>Defendants. | NO. 2:19-cv-01545-RSM<br><br>**STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST U.S. BANK BY FU SHAOCHUN**<br><br>NOTE ON MOTION CALENDAR:<br>October 20, 2020 |
| U.S. BANK NATIONAL ASSOCIATION,<br><br>Crossclaimant,<br><br>v.<br><br>QUARTZBURG GOLD, LP; and IDAHO STATE REGIONAL CENTER, LLC,<br><br>Crossclaim Defendants. | |

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE
2:19-cv-01545-RSM

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

# STIPULATION

Pursuant to FRCP 41, Plaintiff FU SHAOCHUN and Defendant U.S. Bank National Association ("U.S. Bank"), by and through their undersigned counsel of record, hereby stipulate and agree that all claims and causes of action by Plaintiff FU SHAOCHUN against U.S. Bank in this action shall be dismissed with prejudice, and without fees or costs to any party. For clarity, no claims by Plaintiff FU SHAOCHUN against parties other than U.S. Bank, and no claims by any Plaintiffs other than Plaintiff FU SHAOCHUN, are affected by this Stipulation. Plaintiff FU SHAOCHUN and Defendant U.S. Bank jointly request entry of the Order below.

SO STIPULATED this 20th day of October 2020.

| | |
|---|---|
| */s/ Shawn Larsen-Bright* | */s/ John McDonald* |
| Jeremy Larson, WSBA #22125 | Daniel P. Harris, WSBA #16778 |
| Shawn Larsen-Bright, WSBA #37066 | John F. Rapp, WSBA #17286 |
| 701 Fifth Avenue, Suite 6100 | Jihee Ahn, WSBA #56012 |
| Seattle, WA 98104-7043 | John McDonald *admitted pro hac vice* |
| Tel: (206) 903-8800 | Harris Bricken Sliwoski LLP |
| larson.jake@dorsey.com | 600 Stewart Street, Suite 1200 |
| larsen.bright.shawn@dorsey.com | Seattle, WA 98101 |
| | Tel: (206) 224-5657 |
| *Attorneys for U.S. Bank National Association* | john.rapp@harrisbricken.com |
| | dan@harrisbricken.com |
| | jihee@harrisbricken.com |
| | john.mcdonald@harrisbricken.com |
| | *Attorneys for Plaintiffs* |

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE         1
2:19-cv-01545-RSM

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

**ORDER**

Based upon FRCP 41 and the foregoing Stipulation, all claims and causes of action by Plaintiff FU SHAOCHUN against U.S. Bank National Association in this action shall be and are hereby dismissed with prejudice, and without fees or costs to any party.  No claims by Plaintiff FU SHAOCHUN against parties other than U.S. Bank National Association, and no claims by any Plaintiffs other than Plaintiff FU SHAOCHUN, are affected by this Order.

IT IS SO ORDERED this 22nd day of October, 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE          2
2:19-cv-01545-RSM

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused to be served the foregoing on the following counsel of record by the method indicated:

| | |
|---|---|
| John F. Rapp, WSBA #17286<br>Daniel P. Harris, WSBA #16778<br>Jihee Ahn, WSBA #16778<br>John McDonald  *admitted pro hac vice*<br>Harris Bricken<br>600 Stewart Street, Suite 1200<br>Seattle, WA 98101<br>Tel: 206-224-5657<br>Fax: 206-224-5659<br>john.rapp@harrisbricken.com<br>dan@harrisbricken.com<br>jihee@harrisbricken.com<br>john.mcdonald@harrisbricken.com | ☐ Via Messenger<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Electronic Mail (*per agreement*)<br>☒ Via ECF Notification |

***Attorneys for Plaintiffs Xinlu Fan, et al***

| | |
|---|---|
| Roger D. Mellem, WSBA #14917<br>Adam Doupe, WSBA #55483<br>Ryan, Swanson & Cleveland, PLLC<br>1201 Third Avenue, Suite 3400<br>Seattle, Washington  98101-3034<br>mellem@ryanlaw.com<br>doupe@ryanlaw.com | ☐ Via Messenger<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Electronic Mail (*per agreement*)<br>☒ Via ECF Notification |

    and

| | |
|---|---|
| Sean T. Prosser, *admitted pro hac vice*<br>Mintz, Levin, Cohn, Ferris, Glovsky & Popeo<br>3580 Carmel Mountain Road, Suite 300<br>San Diego, CA  92130<br>STProsser@mintz.com | ☐ Via Messenger<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Electronic Mail (*per agreement*)<br>☒ Via ECF Notification |

***Attorneys for Defendants Quartzburg Gold, LP, ISR Capital LLC and Idaho State Regional Center, LLC***

DATED this 20th day of October, 2020.

*/s/ Molly Price*
Molly Price, Legal Assistant

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE         3
2:19-cv-01545-RSM

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820