1

2                                                      The Honorable Ricardo S. Martinez

3

4

5

6

7                        UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON
8                                    AT SEATTLE

9    XINLU FAN, LIANG'E FAN, SHAOCHUN
     FU, JIANHUA GU, FENGYING LI,              Case No.  2:19:cv-01545-RSM
10   MINGXIA LI, YONGNIAN SHI, CHENLIN
     WANG, SHUWEN WU, HAIJUN ZHOU,             **STIPULATION OF DISMISSAL OF**
11   and XIAOFANG ZHOU,                        **HARRIS BRICKEN PLAINTIFFS'**
                                               **CLAIMS AGAINST QUARTZBURG**
12                          Plaintiffs,        **GOLD, LP, ISR CAPITAL, LLC, AND**
                                               **IDAHO STATE REGIONAL CENTER,**
13              vs.                            **LLC**

14
     U.S. BANK, NATIONAL ASSOCIATION,;
15   QUARTZBURG GOLD, LP; ISR CAPITAL,
     LLC; IDAHO STATE REGIONAL CENTER,
16   LLC; and SIMA MUROFF,

17                          Defendants.

18

19

20

21

22

23

24

25

26

1    TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2    IT IS HEREBY STIPULATED by and between Plaintiffs Xinlu Fan, Liang'e Fan,

3    Shaochun Fu, Jianhua Gu, Fengying Li, Mingxia Li, Yongnian Shi, Chenlin Wang, Shuwen Wu,

4    Haijun Zhou, and Xiaofang Zhou, (collectively, "Plaintiffs") and Defendants Quartzburg Gold,

5    LP, ISR Capital, LLC, and Idaho State Regional Center, LLC (collectively, "Quartzburg

6    Defendants"), through their respective counsel, that Plaintiffs' claims against Quartzburg

7    Defendants may be dismissed without prejudice and without an award of attorney's fees or costs

8    pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).  Accordingly, Plaintiffs and Quartzburg

9    Defendants respectfully request that the Court enter the attached Order of Dismissal.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24    / / /

25    / / /

26    / / /

STIPULATION OF DISMISSAL OF PLAINTIFFS
AGAINST QUARTSBURG GOLD, LP, ISR
CAPITAL, LLC AND IDAHO STATE REGIONAL
CENTER, LLC - 2
(W. D. Wash. Case No. 2:19-cv-01545-RSM)

**Harris Bricken**
600 Stewart Street, Suite 1200
Seattle, WA  98101
Phone: (206) 224-5657

1   IT IS SO STIPULATED.

2   DATED this 4th day of February 2021.

3                                         **HARRIS BRICKEN SLIWOSKI, LLP**

4   By:  */s/ Jihee Ahn*
                                              Daniel P. Harris, WSBA #16778
5                                             John F. Rapp, WSBA #17286
                                              Jihee Ahn, WSBA #56012
6                                             John McDonald, admitted *pro hac vice*
                                              600 Stewart Street, Suite 1200
7                                             Seattle, WA 98101
                                              Tel: 206-224-5657
8                                             Fax: 206-224-5659
                                              dan@harrisbricken.com
9                                             john.rapp@harrisbricken.com
                                              jihee@harrisbricken.com
10                                            john.mcdonald@harrisbricken.com
                                              Attorneys for Plaintiffs Xinlu Fan, et al.
11
                                          **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY**
12                                        **& POPEO, P.C.**

13

14                                        */s/ Sean T. Prosser*

15                                        Sean T. Prosser *(pro hac vice)*
                                          3580 Carmel Mountain Road, Suite 300
16                                        San Diego, CA  92130
                                          (858) 314-2152 Phone
17                                        (858) 314-1501 Fax
                                          stprosser@mintz.com
18                                        *Attorneys for Defendants Quartzburg Gold, LP, ISR*
                                          *Capital LLC, and Idaho State Regional Center, LLC*

19

20

21

22

23

24

25

26

STIPULATION OF DISMISSAL OF PLAINTIFFS                          **Harris Bricken**
AGAINST QUARTSBURG GOLD, LP, ISR                            600 Stewart Street, Suite 1200
CAPITAL, LLC AND IDAHO STATE REGIONAL                          Seattle, WA  98101
CENTER, LLC - 3                                             Phone: (206) 224-5657
(W. D. Wash. Case No. 2:19-cv-01545-RSM)

1

## ORDER OF DISMISSAL

2      THIS MATTER having come on before the Court on the foregoing Stipulation, and the

3 Court being fully advised in the premise;

4      NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

5 Plaintiffs Xinlu Fan, Liang'e Fan, Shaochun Fu, Jianhua Gu, Fengying Li, Mingxia Li, Yongnian

6 Shi, Chenlin Wang, Shuwen Wu, Haijun Zhou, and Xiaofang Zhou's claims against Defendants

7 Quartzburg Gold, LP, ISR Capital, LLC, and Idaho State Regional Center, LLC are dismissed

8 without prejudice and without an award of attorneys' fees or costs to either party.

9      DATED:  February 4, 2021.

10

11

12

13      _____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

14

15 Presented by:
**HARRIS BRICKEN SLIWOSKI, LLP**

16

17 By:  */s/ Jihee Ahn*  _____
Daniel P. Harris, WSBA #16778
18 John F. Rapp, WSBA #17286
Jihee Ahn, WSBA #56012
19 John McDonald, admitted pro hac vice
600 Stewart Street, Suite 1200
20 Seattle, WA 98101
Tel: 206-224-5657
21 Fax: 206-224-5659
dan@harrisbricken.com
22 john.rapp@harrisbricken.com
john.mcdonald@harrisbricken.com
23 jihee@harrisbricken.com
john.mcdonald@harrisbricken.com
24

25 *Attorneys for Plaintiffs Xinlu Fan, et al.*

26

STIPULATION OF DISMISSAL OF PLAINTIFFS
AGAINST QUARTSBURG GOLD, LP, ISR
CAPITAL, LLC AND IDAHO STATE REGIONAL
CENTER, LLC - 4
(W. D. Wash. Case No. 2:19-cv-01545-RSM)

**Harris Bricken**
600 Stewart Street, Suite 1200
Seattle, WA  98101
Phone: (206) 224-5657

1

2

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
& POPEO, P.C.**

3

*/s/ Sean T. Prosser*

4

5

6

7

Sean T. Prosser (pro hac vice)
3580 Carmel Mountain Road, Suite 300
San Diego, CA  92130
(858) 314-2152 Phone
(858) 314-1501 Fax
stprosser@mintz.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION OF DISMISSAL OF PLAINTIFFS
AGAINST QUARTSBURG GOLD, LP, ISR
CAPITAL, LLC AND IDAHO STATE REGIONAL
CENTER, LLC - 5
(W. D. Wash. Case No. 2:19-cv-01545-RSM)

**Harris Bricken**
600 Stewart Street, Suite 1200
Seattle, WA  98101
Phone: (206) 224-5657

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Shawn J. Larsen-Bright<br>Jeremy (Jake) Larson<br>DORSEY & WHITNEY LLP<br>701 Fifth Ave., Ste. 6100<br>Seattle, WA 98104-7043<br>(206) 903-8800<br>larsen.bright.shawn@dorsey.com<br>larson.jake@dorsey.com<br>*Attorneys for Defendant U.S. Bank National*<br>*Association* | Sean T. Prosser<br>MINTZ LEVIN COHN FERRIS GLOVSKY<br>AND POPEO PC<br>3580 Carmel Mountain Road, Suite 300<br>San Diego, CA 92130<br>(858) 314-1500<br>stprosser@mintz.com<br>*Attorney for Defendants Quartzburg Gold, LP;*<br>*ISR Capital, LLC; and Idaho State Regional*<br>*Center, LLC* |
| Roger D. Mellem<br>Adam Doupe<br>RYAN, SWANSON & CLEVELAND, PLLC<br>1201 Third Avenue, Suite 3400<br>Seattle, WA 98101<br>mellem@ryanlaw.com<br>doupe@ryanlaw.com<br>*Attorneys for Defendants Quartzburg Gold,*<br>*L.P., ISR Capital, LLC, and Idaho State*<br>*Regional Center, LLC* | |

I certify under penalty of perjury under the laws of the State of Washington that the

foregoing is true and correct this 4th day of February 2021.

*/s/ Jihee Ahn*
Jihee Ahn, admitted *pro hac vice*

CERTIFICATE OF SERVICE – Page 1

**Harris Bricken**
600 Stewart Street, Suite 1200
Seattle, WA  98101
Phone: (206) 224-5657