THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| XINLU FAN, LIANG'E FAN, SHAOCHUN FU, JIANHUA GU, FENYING LI, MINGXIA LI, YONGNIAN SHI, CHENLIN WANG, SHUWEN WU, HAIJUN ZHOU, and XIAOFANG ZHOU,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION; QUARTZBURG GOLD, LP; ISR CAPITAL, LLC; IDAHO STATE REGIONAL CENTER, LLC; and SIMA MUROFF,<br><br>Defendants. | NO. 2:19-cv-01545-RSM<br><br>**STIPULATED MOTION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF CROSSCLAIMS BY U.S. BANK NATIONAL ASSOCIATION**<br><br>NOTE ON MOTION CALENDAR:<br>March 16, 2021 |
| U.S. BANK NATIONAL ASSOCIATION,<br><br>Crossclaimant,<br><br>v.<br><br>QUARTZBURG GOLD, LP; and IDAHO STATE REGIONAL CENTER, LLC,<br><br>Crossclaim Defendants. | |

STIPULATION AND ORDER OF
DISMISSAL WITHOUT PREJUDICE
2:19-cv-01545-RSM

DORSEY & WHITNEY LLP
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

# STIPULATION

Pursuant to FRCP 41, Crossclaimant U.S. Bank National Association ("U.S. Bank") and Crossclaim Defendants Quartzburg Gold, LP and Idaho State Regional Center, LLC (collectively, "Crossclaim Defendants"), by and through their undersigned counsel of record, hereby stipulate and agree that all claims and causes of action by U.S. Bank against Crossclaim Defendants in this action shall be dismissed without prejudice, and without fees or costs to any party. Crossclaimant U.S. Bank and Crossclaim Defendants jointly request entry of the Order below.

SO STIPULATED this 16th day of March 2021.

| | |
|---|---|
| */s/ Shawn Larsen-Bright* | */s/ Sean T. Prosser (with email authorization)* |
| Shawn Larsen-Bright, WSBA #37066 | Sean T. Prosser, *admitted pro hac vice* |
| DORSEY & WHITNEY LLP | MINTZ, LEVIN, COHN, FERRIS, |
| 701 Fifth Avenue, Suite 6100 | GLOVSKY & POPEO, P.C. |
| Seattle, WA 98104-7043 | 3850 Carmel Mountain Road, Suite 300 |
| Tel: (206) 903-8800 | San Diego, CA 92130 |
| larsen.bright.shawn@dorsey.com | Tel: (858) 314-2152 |
| *Attorneys for U.S. Bank National Association* | stprosser@mintz.com |
| | *Attorneys for Quartzburg Gold, LP and Idaho State Regional Center, LLC* |

STIPULATION AND ORDER OF
DISMISSAL WITHOUT PREJUDICE     1
2:19-cv-01545-RSM

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

**ORDER**

Based upon FRCP 41 and the foregoing Stipulation, all claims and causes of action by Crossclaimant U.S. Bank National Association against Crossclaim Defendants Quartzburg Gold, LP and Idaho State Regional Center, LLC in this action shall be and are hereby dismissed without prejudice, and without fees or costs to any party.

IT IS SO ORDERED this 19th day of March, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF
DISMISSAL WITHOUT PREJUDICE
2:19-cv-01545-RSM

2

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused to be served the foregoing on the following counsel of record by the method indicated:

| | |
|---|---|
| John F. Rapp, WSBA #17286<br>Daniel P. Harris, WSBA #16778<br>Jihee Ahn, WSBA #16778<br>John McDonald  *admitted pro hac vice*<br>Harris Bricken<br>600 Stewart Street, Suite 1200<br>Seattle, WA 98101<br>Tel: 206-224-5657<br>Fax: 206-224-5659<br>john.rapp@harrisbricken.com<br>dan@harrisbricken.com<br>jihee@harrisbricken.com<br>john.mcdonald@harrisbricken.com | ☐ Via Messenger<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Electronic Mail (*per agreement*)<br>☒ Via ECF Notification |

***Attorneys for Plaintiffs Xinlu Fan, et al***

| | |
|---|---|
| Roger D. Mellem, WSBA #14917<br>Adam Doupe, WSBA #55483<br>Ryan, Swanson & Cleveland, PLLC<br>1201 Third Avenue, Suite 3400<br>Seattle, Washington  98101-3034<br>mellem@ryanlaw.com<br>doupe@ryanlaw.com | ☐ Via Messenger<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Electronic Mail (*per agreement*)<br>☒ Via ECF Notification |

        and

| | |
|---|---|
| Sean T. Prosser, *admitted pro hac vice*<br>Mintz, Levin, Cohn, Ferris, Glovsky & Popeo<br>3580 Carmel Mountain Road, Suite 300<br>San Diego, CA  92130<br>STProsser@mintz.com | ☐ Via Messenger<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Electronic Mail (*per agreement*)<br>☒ Via ECF Notification |

***Attorneys for Defendants Quartzburg Gold, LP, ISR Capital LLC and Idaho State Regional Center, LLC***

STIPULATION AND ORDER OF
DISMISSAL WITHOUT PREJUDICE
2:19-cv-01545-RSM

3

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

| | |
|---|---|
| Sima Muroff<br>623 West Hays Street<br>Boise, Idaho 83702<br><br>***Pro Se*** | ☐ Via Messenger<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Electronic Mail (*per agreement*)<br>☒ Via ECF Notification |

DATED this 16th day of March, 2020.

*/s/ Molly Price*
Molly Price, Legal Assistant

STIPULATION AND ORDER OF
DISMISSAL WITHOUT PREJUDICE
2:19-cv-01545-RSM

4

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820