UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| XINLU FAN, LIANG'E FAN, SHAOCHUN FU, JIANHUA GU, FENGYING LI, MINGXIA LI, YONGNIAN SHI, CHENLIN WANG, SHUWEN WU, HAIJUN ZHOU, and XIAOFANG ZHOU,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. BANK, NATIONAL ASSOCIATION; QUARTZBURG GOLD, LP; ISR CAPITAL, LLC; IDAHO STATE REGIONAL CENTER, LLC; and SIMA MUROFF,<br><br>Defendants. | Case No.  2:19:cv-01545-RSM<br><br>**PLAINTIFFS' MOTION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF CLAIMS AGAINST DEFENDANT SIMA MUROFF** |

PLAINTIFFS' MOTION AND ORDER OF
DISMISSAL WITHOUT PREJUDICE OF CLAIMS
AGAINST DEFENDANT SIMA MUROFF - 1
(W. D. Wash. Case No. 2:19-cv-01545-RSM)

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to FRCP 41, Plaintiffs Xinlu Fan, Liang'e Fan, Shaochun Fu, Jianhua Gu, Fengying Li, Mingxia Li, Yongnian Shi, Chenlin Wang, Shuwen Wu, Haijun Shou, and Xiaofang Zhou (collectively, "Plaintiffs"), by and through their undersigned counsel of record, hereby move to dismiss all claims and causes of action in this action against Defendant Sima Muroff, without prejudice, and without fees or costs to any party. Plaintiffs respectfully request entry of the Order of Dismissal below.

DATED this 11th day of October 2022.

        **HARRIS BRICKEN SLIWOSKI, LLP**

By: */s/ Jihee Ahn*
    Daniel P. Harris, WSBA #16778
    Jihee Ahn, WSBA #56012
    600 Stewart Street, Suite 1200
    Seattle, WA 98101
    Tel: 206-224-5657
    Fax: 206-224-5659
    dan@harrisbricken.com
    jihee@harrisbricken.com

**ORDER OF DISMISSAL**

THIS MATTER having come on before the Court on the foregoing Motion, and the Court being fully advised in the premise;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs Xinlu Fan, Liang'e Fan, Shaochun Fu, Jianhua Gu, Fengying Li, Mingxia Li, Yongnian Shi, Chenlin Wang, Shuwen Wu, Haijun Zhou, and Xiaofang Zhou's claims against Defendant Sima Muroff are dismissed without prejudice and without an award of attorneys' fees or costs to either party. This case is CLOSED.

DATED: November 4, 2022.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE